# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3080

_____

| | | |
|---|---|---|
| Yupei (Claire) Wang, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas. |
| | * | |
| Walmart Stores, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: June 21, 2011
Filed: June 24, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Yupei Wang appeals an order of the District Court[1] dismissing her employment-discrimination action. After careful de novo review, see Strand v. Diversified Collection Serv., Inc., 380 F.3d 316, 317 (8th Cir. 2004), we affirm. Wang's choice-of-law arguments fail because she did not raise them before the District Court, see St. Paul Fire & Marine Ins. Co. v. Compaq Computer Corp., 539 F.3d 809, 824 (8th Cir. 2008), and we agree with the District Court that the Arkansas Civil Rights Act does

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas.

not provide a cause of action for perceived disabilities, <u>see</u> <u>Faulkner v. Ark.</u> <u>Children's Hosp.</u>, 69 S.W.3d 393, 402 (Ark. 2002).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____